IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIELLE HOMER** | : CIVIL ACTION |
| | : |
| v. | : NO. 25-5894 |
| | : |
| **SAP AMERICA, INC.** | : |

# ORDER

**AND NOW**, this 10th day of December 2025, upon considering Defendant's Motion to dismiss (ECF 12) the amended Complaint (ECF 10), no timely response, and for reasons in today's accompanying Memorandum confirming Plaintiff has not pleaded a basis to overcome the time bar on her employment discrimination claim after her right to sue letter but further mindful of her pro se status, it is **ORDERED** we **GRANT** Defendant's Motion to dismiss (ECF 12) without prejudice to Plaintiff filing a second amended Complaint, if possible under the facts, pleading how her federal claim is not time-barred by no later than **December 23, 2025** or we will then close this case without prejudice to pursue remedies in state court under state law if warranted.

**KEARNEY, J.**